FILED
2014 OCT -2 AM 9:49
US BANKRUPTCY COURT
BY _____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See below for requirements of LBR 9011-1 relating to change of address or telephone number)**

DEBTOR/s NAME: Jonathan & Mariah Salvino          CASE NO  08-46820

FOR:     _XX_     DEBTOR

         _____   JOINT DEBTOR

         _____   CREDITOR

         _____   ATTORNEY  (Please include Bar ID Number)

         _____   PLAINTIFF

         _____   DEFENDANT

**NEW ADDRESS:**

NAME: Jonathan & Mariah Salvino
ADDRESS: 2017 Royal Antilles Ct
CITY/STATE: North Las Vegas, NV 89031
PHONE: 253-222-1488

EMAIL ADDRESS (attorney only): _____

**THIS ADDRESS IS FOR _XX_ CORRESPONDENCE, OR ____ Payments

x /s/ Mariah Salvino
  /s/ Jonathan Salvino                    Date 9/22/2014

Old Address:  4718 English Lavendar Ave
              North Las Vegas NV 89031

Claim #

CHANGE OF ADDRESS
(rev. 4/1/05)

RECEIVED by Mail
SEP 30 2014
David M. Howe
Chapter 13 Trustee